■ In the Matter of THOMAS J. WOJCIECHOWSKI, a Suspended Attorney, Respondent. [967 NYS2d 851]—A certified copy of plea minutes having been filed showing that Thomas J. Wojciechowski was convicted of grand larceny in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed June 28, 2013.)